

# Fourth Court of Appeals
## San Antonio, Texas

December 21, 2020

No. 04-19-00879-CV

**CITY OF LEON VALLEY,**
Appellant

v.

Benny **MARTINEZ,**
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-08343
Honorable Peter Sakai, Judge Presiding

# O R D E R

Sitting en banc:      Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

The en banc court has considered Appellee's further motion for en banc reconsideration;[1] the motion is DENIED. *See* TEX. R. APP. P. 49.5, 49.7.

_____
Patricia O. Alvarez, Justice

---

[1] The panel's November 18, 2020 opinion and judgment withdrew its August 19, 2020 opinion and judgment. The withdrawn opinion has *no* precedential value. *See Park v. Essa Tex. Corp.*, 311 S.W.2d 228, 231 (Tex. 1958) ("The [court of appeals'] withdrawn opinion is without force as a precedent."); *Walden v. Affiliated Computer Servs., Inc.*, 97 S.W.3d 303, 330 (Tex. App.—Houston [14th Dist.] 2003, pet. denied) ("[T]his court has since withdrawn its opinion in *Smith*, and thus that opinion has no precedential value.").

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of December, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court